JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
MARIA K. THOMPSON
Nevada Bar No. 16762
Maria.Thompson@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for VASYL LAZURENKO and AD FREIGHT EXPRESS INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| JENNIER MEDINA, individually; LUZ MEDINA, individually; and OMAR CASPER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>VASYL LAZURENKO; AD FREIGHT EXPRESS INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:25-cv-01157-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 17 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs OMAR CASPER, JENNIFER MEDINA, and LUZ MEDINA and Defendants VASYL LAZURENKO and AD FREIGHT EXPRESS INC. by and through their respective counsel, that the above action

//

166994245.1

be dismissed in its entirety with prejudice, with each of the parties to bear their own costs and attorney's fees.

Dated this 22nd day of December, 2025.   Dated this 22nd day of December, 2025.

/s/   Michael T. McGrady
Farhan R. Naqvi, Esq.
Elizabeth E. Coats, Esq.
Michael T, McGrady, Esq,
NAQVI INJURY LAW
9500 West Flamingo Road, Suite 104
Las Vegas, Nevada 89147
Tel. 702-553-1000
Fax. 702-553-1002
naqvi@naqvilaw.com
elizabeth@naqvilaw.com
mmcgrady@naqvilaw.com
*Attorneys for Plaintiffs*

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
MARIA K. THOMPSON
Nevada Bar No. 016762
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for VASYL LAZURENKO and AD FREIGHT EXPRESS INC.

### ORDER

Based on the parties' stipulation **[ECF No. 17]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 28, 2025

166994245.1

2